# NOTICE OF MANUAL ATTACHMENT

# EXHIBIT P-1

*Body-cam footage of incident – Officer Pearson*