# NOTICE OF MANUAL ATTACHMENT

# EXHIBIT P-2

*Body-cam footage of incident – Officer Ewing*