# Clinical Summary

| | | | |
|---|---|---|---|
| Patient | NICOLE EDWARDS | | |
| Date of birth | November 13, 1981 | Sex | Female |
| Race | Black / African American | Ethnicity | Not Hispanic or Latino |
| Language(s) | English (Preferred) | | |
| Contact info | 2433 WOODMERE BOULEVARD<br>HARVEY, LA 70058<br>Tel: (504)432-0865 | Patient IDs | 2428383 |
| Document Created: | June 10, 2019, 15:36:39 | | |
| Documentation for date(s): | May 13, 2019 to June 10, 2019 | | |
| Performer | Clair Brown | | |
| Performer | Nichole Guillory, MD | | |
| Author | Sarah Chighizola | | |
| Contact info | 2500 Belle Chasse Hwy<br>Gretna, LA 70056<br>Tel: (504)717-2580 | | |
| Encounter Date | June 10, 2019 | | |
| Encounter Location | Ochsner Medical Center Westbank Campus Wound Care Center | | |
| Document maintained by | Ochsner Medical Center Westbank Campus Wound Care Center | | |
| Contact info | 2500 Belle Chasse Hwy<br>Gretna, LA 70056<br>Tel: (504)717-2580 | | |

## Allergies, Adverse Reactions and Alerts

| Substance | Reaction | Reaction Severity | Status |
|---|---|---|---|
| Allergy information has not been included or does not exist. | | | |

## Medications

| Medication | Directions | Start Date | Status |
|---|---|---|---|
| Medication information has not been included or does not exist. | | | |

## Problems

| Problem | Onset Date | Status |
|---|---|---|
| S71.152A - Open bite, left thigh, initial encounter | 5/13/2019 | active |
| W54.0XXA - Bitten by dog, initial encounter | 5/13/2019 | active |

## Encounters

| Date | Location |
|---|---|
| 6/10/2019 1:10:00 PM | Ochsner Medical Center Westbank Campus Wound Care Center |
| Encounter Diagnosis: S71.152A - Open bite, left thigh, initial encounter | |
| Encounter Diagnosis: W54.0XXA - Bitten by dog, initial encounter | |

## Vital signs

| Vital | Value | Unit |
|---|---|---|
| Height | 65 | [in_i] |
| Weight Measured | 147.8 | [lb_av] |
| BP Systolic | 144 | mm[Hg] |
| BP Diastolic | 72 | mm[Hg] |
| BMI (Body Mass Index) | 24.6 | Unspecified |
| Weight Measured | 67.18 | kg |
| Body Temperature | 96.3 | [degF] |
| Body Temperature | 35.72 | Cel |
| O2 % BldC Oximetry | Unspecified | Unspecified |
| Heart Rate | 72 | /min |
| Respiratory Rate | 16 | /min |
| Inhaled O2 concentration | Unspecified | Unspecified |

## Immunizations

| Name | Date | Status |
|---|---|---|
| Immunization information has not been included or does not exist. | | |

## Procedures

| Procedure | Date | Status |
|---|---|---|
| Procedure information has not been included or does not exist. | | |

## Social History

1. Social history information has not been included or does not exist.

## Functional Status

| Description | Date |
|---|---|
| Ambulatory Status - Ambulatory (Active) | 6/10/2019 |

## Treatment Plan

| Description |
|---|
| Plan of Treatment: Patient referred to home care |
| Plan of Treatment: Skin care regimen initiated |
| Plan of Treatment: Topical wound management initiated |

## Results

| Name | Value | Unit | Ref. Range | Date |
|---|---|---|---|---|
| Result information has not been included or does not exist. | | | | |

## Medical Equipment

| Implanted | Area | UDI |
|---|---|---|
| Medical Equipment information has not been included or does not exist. | | |