UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| NICOLE EDWARDS | CIVIL ACTION NO. 2:19-cv-01150 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| CITY OF LAKE CHARLES, ET AL | MAGISTRATE JUDGE: KATHLEEN KAY |

### CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion:

\_\_\_\_ I have been unsuccessful in my attempts to contact opposing counsel.

\_\_\_\_ I have been unsuccessful in my attempts to discuss this matter with the opposing counsel as said attorney has not returned my telephone calls or responded to my letter.

\_\_\_\_ This matter has been discussed with opposing counsel and no agreement on the motion could be reached.

__X__ Opposing counsel has agreed to or is unopposed to Movant's request under this Motion.

s/*Christopher E. John*
CHRISTOPHER E. JOHN