UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **NICOLE EDWARDS** | **CIVIL ACTION NO. 2:19-cv-01150** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CITY OF LAKE CHARLES, ET AL** | **MAGISTRATE JUDGE: KATHLEEN KAY** |

**PROTECTIVE ORDER**

Considering the foregoing motion, and the reasons given in support thereof:

IT IS ORDERED, ADJUDGED AND DECREED that a protective order issue herein, and the same is hereby rendered by this Court, in favor of Defendants, CITY OF LAKE CHARLES, CHIEF OF POLICE SHAWN CALDWELL, CORPORAL BENDY FALCON, OFFICER DAKOTA BACCIGALOPI, OFFICER JACOB PEARSON,, ordering that the City of Lake Charles provide to Plaintiff's counsel a copy of LCPD's policies, without redactions, on use of force (A-19) and canine unit operations (O-19), or any additional LCPD policies produced in the future that, with production to Plaintiff's counsel, shall become subject to the same restrictions detailed in this order (LCPD policies), but review of, and use of, these policies shall be limited only to attorneys or expert witnesses involved in the above-captioned civil lawsuit and shall not be disseminated to anyone outside the scope of the above-captioned civil lawsuit. Plaintiff's counsel may compare policies and/or address substantive changes, if any, to the LCPD

policies either before or after the specific policy in effect at the time of the occurrence. Counsel in the above-captioned lawsuit may use written LCPD policies without redactions in any discovery depositions, as an exhibit in a motion submitted to the court, or at trial, provided that any such court exhibit shall be offered under seal to prevent dissemination to anyone outside the scope of the above-captioned civil lawsuit.

    THUS DONE AND SIGNED at Lake Charles, Louisiana, on this __1st__ day of __October__, 2020.

_____
United States Magistrate Judge