# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **NICOLE EDWARDS** | **CIVIL ACTION NO. 2:19-cv-01150** |
| *Versus* | **JUDGE JAMES D. CAIN, JR.** |
| **CITY OF LAKE CHARLES, ET AL** | **MAGISTRATE JUDGE: KATHLENE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION IN LIMINE TO ADMIT SAFETY RULES FOR USING POLICE CANINES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Nicole Edwards, who respectfully requests this Court grant Plaintiff's Motion in Limine to Admit Safety Rules for Using Police Canines.

This Honorable Court should admit police canine safety rules of law enforcement because the rules are relevant to Plaintiff's claims and neither unfairly prejudicial, unfair, nor confusing, nor is the use of the term "safety rules" improper.

**WHEREFORE**, Plaintiff respectfully requests this Court grant this Motion in Limine to Admit Safety Rules for Using Police Canines.

    Respectfully Submitted,

    */s/Glenn C. McGovern*
    Glenn C. McGovern (LBA #9321)
    Callan J. Johns (LBA #38788)
    Peyton M. Bowman (LBA #38679)
    Mailing Address:
    P.O. Box 516
    Metairie, LA 70004-0516
    Physical Address:
    2901 Division Street, Suite 201
    Metairie, LA 70002
    Telephone: 504.456.3610
    Facsimile: 504.456.3611
    E-mail: glenn@glennmcgovern.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been electronically filed with the Clerk of Court using the ECF system which sent notification to all counsel of record who are ECF users on this 16th day of September, 2021.

*/s/Glenn C. McGovern*

Glenn C. McGovern