# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **NICOLE EDWARDS** | **CIVIL ACTION NO. 2:19-cv-01150** |
| *Versus* | **JUDGE JAMES D. CAIN, JR.** |
| **CITY OF LAKE CHARLES, ET AL** | **MAGISTRATE JUDGE: KATHLENE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION IN LIMINE TO EXCLUDE AND/OR LIMIT TESTIMONY AND EVIDENCE OF NICOLE EDWARDS' CRIMINAL HISTORY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Nicole Edwards, who respectfully moves this Honorable Court to grant Plaintiffs' Motion in Limine to Exclude and/or Limit Testimony and Evidence Nicole Edwards' Criminal History to bar any mention the below facts and documents regarding any criminal arrests and convictions of Nicole Edwards:

1. Any reference of any arrest or conviction of any misdemeanor offense;

2. Any reference of arrest or conviction of a felony offense;

3. Any printout of any law enforcement agency showing arrests, nolle prosse, dismissals, and misdemeanor convictions of Nicole Edwards.

Further, admission of Nicole Edwards' criminal history would violate Fed. R. Evid. Rules 406, 403, 401, 609, and 404.

**WHEREFORE**, Plaintiff respectfully requests this Court grant this Motion in Limine to Exclude and/or Limit Testimony and Evidence of Nicole Edwards' Criminal History.

                                        Respectfully Submitted,

                                        */s/Glenn C. McGovern*
                                        Glenn C. McGovern (LBA #9321)
                                        Callan J. Johns (LBA #38788)

Peyton M. Bowman (LBA #38679)
Mailing Address:
P.O. Box 516
Metairie, LA 70004-0516
Physical Address:
2901 Division Street, Suite 201
Metairie, LA 70002
Telephone: 504.456.3610
Facsimile: 504.456.3611
E-mail: glenn@glennmcgovern.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been electronically filed with the Clerk of Court using the ECF system which sent notification to all counsel of record who are ECF users on this 16th day of September, 2021.

/s/Glenn C. McGovern

Glenn C. McGovern