UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**NICOLE EDWARDS**                               **CASE NO.   2:19-CV-01150**

**VERSUS**                                       **JUDGE JAMES D. CAIN, JR.**

**CITY OF LAKE CHARLES ET AL**                   **MAGISTRATE JUDGE KAY**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Memorandum in Opposition filed on September 30, 2021 by Nicole Edwards was DEFICIENT for the following reason(s):

- ✓ A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.